# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

August 5, 2014

Rehearing No. 599

146791(136)

STATE OF MICHIGAN ex rel. MARCIA
GURGANUS,
          Plaintiff-Appellee,

v

CVS CAREMARK CORPORATION, CVS
PHARMACY, INC., CAREMARK, L.L.C.,
CAREMARK MICHIGAN SPECIALTY
PHARMACY, L.L.C., CAREMARK
MICHIGAN SPECIALTY PHARMACY
HOLDING, L.L.C., CVS MICHIGAN, L.L.C.,
WOODWARD DETROIT CVS, L.L.C.,
REVCO DISCOUNT DRUG CENTERS, INC.,
KMART HOLDING CORPORATION, SEARS
HOLDINGS CORPORATION, SEARS
HOLDINGS MANAGEMENT
CORPORATION, SEARS, ROEBUCK &
COMPANY, RITE AID OF MICHIGAN, INC.,
PERRY DRUG STORES, INC., TARGET
CORPORATION, KROGER COMPANY OF
MICHIGAN, KROGER COMPANY,
WALGREEN COMPANY, and WAL-MART
STORES, INC.,
          Defendants-Appellants.
_____/

SC: 146791
COA: 299997
Kent CC: 09-003411-CZ

CITY OF LANSING and DICKINSON PRESS,
INC.,
          Plaintiffs-Appellees,
          Cross-Appellants,

v

RITE AID OF MICHIGAN, INC., and PERRY
DRUG STORES, INC.,
          Defendants-Appellants,
          Cross-Appellees.
_____/

SC: 146792
COA: 299998
Kent CC: 09-007827-CZ

CITY OF LANSING, DICKINSON PRESS, INC., and SCOTT MURPHY,

        Plaintiffs-Appellees,
        Cross-Appellants,

v

CVS CAREMARK CORPORATION, CVS PHARMACY, INC., CAREMARK, L.L.C., CAREMARK MICHIGAN SPECIALTY PHARMACY, L.L.C., CAREMARK MICHIGAN SPECIALTY PHARMACY HOLDING, L.L.C., CVS MICHIGAN, L.L.C., WOODWARD DETROIT CVS, L.L.C., REVCO DISCOUNT DRUG CENTERS, INC., KMART HOLDING CORPORATION, SEARS HOLDINGS CORPORATION, SEARS HOLDINGS MANAGEMENT CORPORATION, SEARS, ROEBUCK & COMPANY, TARGET CORPORATION, KROGER COMPANY OF MICHIGAN, KROGER COMPANY, WALGREEN COMPANY, and WAL-MART STORES, INC.,

        Defendants-Appellants,
        Cross-Appellees.

_____/

SC: 146793
COA: 299999
Kent CC: 10-000619-CZ

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2014

Clerk